

FILED

OCT 04 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF            )
THE EXTRADITION OF          )        Misc. No. _____
HERIBERTO SANCHEZ REA       )
                            )
                            )

2:07 - MC - 099   KJM

## ORDER

BEFORE ME, Kimberly J. Mueller, a United States Magistrate Judge for the Eastern District

of California, personally appeared Russell L. Carlberg, Assistant United States Attorney, the

complainant herein, whose complaint, made under oath in accordance with 18 U.S.C. § 3184, sets

forth facts on the basis of which I find probable cause to believe that HERIBERTO SANCHEZ REA

should be apprehended and brought before this Court to the end that the evidence of criminality may

be heard and considered as provided in Title 18, United States Code, Section 3184, and the

Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of HERIBERTO SANCHEZ

REA be issued.

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

Date: 10/4/07